1   ANDRÉ BIROTTE JR.
    United States Attorney
2   LEON W. WEIDMAN
    Assistant United States Attorney
3   Chief, Civil Division
    DEBORAH E. YIM
4   Assistant United States Attorney
    California State Bar #217400
5   JULIE ZATZ
    Assistant United States Attorney
6   California State Bar #155560
        Room 7516, Federal Building
7       300 North Los Angeles Street
        Los Angeles, California 90012
8       Telephone: (213) 894-7349, 894-2447
        Facsimile:  (213) 894-7819
9       E-mail:  julie.zatz@usdoj.gov
                 deborah.yim@usdoj.gov
10
    Attorneys for Defendant
11  UNITED STATES OF AMERICA

12                  UNITED STATES DISTRICT COURT

13                 CENTRAL DISTRICT OF CALIFORNIA

14                      WESTERN DIVISION

15

16

17  MICHAEL DAY and JEANNIE DAY,    | Case No: CV11-6478 JAK (OPx)

18              Plaintiffs,          | The Honorable John Kronstadt

19        vs.                        | **ORDER OF DISMISSAL   JS-6**

20  UNITED STATES OF AMERICA;
    and DOES 1-10, inclusive,

21              Defendants.

22

23

24

25

26

27

28

– 1 –

1    Pursuant to the Stipulation for Dismissal signed by the parties, and good cause
2  appearing therefore, the Court hereby orders that the entire action be dismissed with
3  prejudice pursuant to Rule 41.  Each party will bear its own costs and fees.  IT IS SO
4  ORDERED.

5  Date:  August 22, 2012

7  _____
   The Honorable John Kronstadt
8  United States District Court Judge